## Case No. 2,123.

### BULLEN v. YATES.

[Cited in Smith v. Ontario, Case No. 13,085. Nowhere reported; opinion not now accessible.]